IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00571-FL

| | |
|---|---|
| STEVEN COCHRAN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    ORDER<br>) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and upon consideration of Defendant's unopposed request to remand this cause for further administrative action, the Court hereby reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 27th day of December, 2021.

LOUISE W. FLANAGAN
United States District Judge