UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

STEVEN COCHRAN )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 5:20-CV-571-FL
KILOLO KIJAKAZI, )
*Acting Commissioner of Social Security* )
 )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on December 27, 2021, that Defendant's Consent Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to Defendant for further proceedings.

**This Judgment Filed and Entered on December 27, 2021, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

December 27, 2021        PETER A. MOORE, JR., CLERK

                              /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk